IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY WEBB and<br>CHRISTALYNN NEAL | PLAINTIFFS |

v.                             No. 3:19-cv-357-DPM

| | |
|---|---|
| JOE SLOCUM, III, Chief Firefighter &<br>Deputy Sheriff Officer; DOYLE FOWLER,<br>Mayor/Realtor; NICK WATSON, Officer;<br>JAMES DURHAM, Deputy Sheriff;<br>CITY OF MCCORY, ARKANSAS;<br>and WOODRUFF COUNTY ARKANSAS | DEFENDANTS |
| JEFFERY WEBB, II | PLAINTIFF |

v.                             No. 3:19-cv-358-DPM

| | |
|---|---|
| JOE SLOCUM, III, Fire Chief, Woodruff<br>County Sheriff's Office;<br>DOYLE FOWLER, Mayor of McCrory,<br>Arkansas; JAMES DURHAM, Woodruff<br>County Deputy Sheriff and Jail Administrator;<br>THOMAS KENDRICK, Game & Fish Officer and<br>Firefighter; and NICK WATSON | DEFENDANTS |

ORDER

The Court alerted plaintiffs that they must update their mailing address. *Doc. 50.* The Clerk corrected a clerical error in the plaintiffs' mailing address and remailed the Court's previous four Orders (*Doc. 40, 46, 50, & 54*) to plaintiffs' corrected address. Plaintiffs have not

updated their mailing address, and the time to do so has passed. Plaintiffs' complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 May 2021