IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFERY WEBB, II     PLAINTIFF

v.     No. 3:19-cv-358-DPM

JOE SLOCUM, III, Fire Chief, Woodruff
County Sheriff's Office;
DOYLE FOWLER, Mayor of McCrory,
Arkansas; JAMES DURHAM, Woodruff
County Deputy Sheriff and Jail Administrator;
THOMAS KENDRICK, Game & Fish Officer and
Firefighter; and NICK WATSON     DEFENDANTS

## JUDGMENT

Plaintiff's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 May 2021