IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFERY WEBB and
CHRISTALYNN NEAL                                                    PLAINTIFFS

v.                          No. 3:19-cv-357-DPM

JOE SLOCUM, III, Chief Firefighter
& Deputy Sheriff Officer; DOYLE
FOWLER, Mayor/Realtor; THOMAS
KENDRICK, Game & Fish; BRADLEY
BEEVLES, Chief; NICK WATSON, Officer;
JAMES DURHAM, Deputy Sheriff;
WILLIAMS JONES, Officer; CITY OF
MCCORY; and WOODRUFF COUNTY                                         DEFENDANTS

JEFFERY WEBB, II                                                    PLAINTIFF

v.                          No. 3:19-cv-358-DPM

JOE SLOCUM, III, Chief Firefighter
& Woodruff County Sheriff's Office;
DOYLE FOWLER, Mayor of McCrory,
Arkansas; JAMES DURHAM, Woodruff
County Deputy Sheriff and Jail Administrator;
THOMAS KENDRICK, Game & Fish Officer and
Firefighter; and NICK WATSON                                        DEFENDANTS

ORDER

To better manage the Court's calendar, the current Scheduling Order, *Doc. 61*, is vacated. A Second Amended Final Scheduling Order will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 September 2021