# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JEFFERY WEBB and**
**CHRISTALYNN NEAL**                                    **PLAINTIFFS**

**v.**                          **No. 3:19-cv-357-DPM**

**JOE SLOCUM, III, Chief Firefighter**
**& Deputy Sheriff Officer;  DOYLE**
**FOWLER, Mayor/Realtor;  NICK WATSON,**
**Officer;  JAMES DURHAM, Deputy Sheriff;**
**CITY OF MCCORY;  and**
**WOODRUFF COUNTY, ARKANSAS**                **DEFENDANTS**

**JEFFERY WEBB, II**                                    **PLAINTIFF**

**v.**                          **No. 3:19-cv-358-DPM**

**JOE SLOCUM, III, Chief Firefighter**
**& Woodruff County Sheriff's Office;**
**DOYLE FOWLER, Mayor of McCrory,**
**Arkansas;  JAMES DURHAM, Woodruff**
**County Deputy Sheriff and Jail Administrator;**
**THOMAS KENDRICK, Game & Fish Officer and**
**Firefighter;  and NICK WATSON**              **DEFENDANTS**

## ORDER

The City Defendants' motion for dismissal, *Doc. 70*, in which they
report a settlement has been reached with the Plaintiffs, is granted.  All
claims against the City of McCrory, Joe Slocum III, Doyle Fowler, and
Nick Watson are dismissed with prejudice.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

30 March 2022