# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JEFFERY WEBB and
CHRISTALYNN NEAL**                                                PLAINTIFFS

v.                      No. 3:19-cv-357-DPM

**JAMES DURHAM, Deputy Sheriff and
WOODRUFF COUNTY, ARKANSAS**                                       DEFENDANTS

**JEFFERY WEBB, II**                                              PLAINTIFF

v.                      No. 3:19-cv-358-DPM

**JAMES DURHAM, Woodruff
County Deputy Sheriff and Jail Administrator and
THOMAS KENDRICK, Game & Fish Officer and
Firefighter**                                                     DEFENDANTS

## ORDER

The unopposed motion for extension of time, *Doc. 72*, is granted. Discovery is due by 8 July 2022 and motions are due by 8 August 2022.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 June 2022