# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| **JEFFERY WEBB and** | |
| **CHRISTALYNN NEAL** | **PLAINTIFFS** |

v.                        No. 3:19-cv-357-DPM

| | |
|---|---|
| **JAMES DURHAM, Deputy Sheriff** | |
| **and WOODRUFF COUNTY** | **DEFENDANTS** |

| | |
|---|---|
| **JEFFERY WEBB, II** | **PLAINTIFF** |

v.                        No. 3:19-cv-358-DPM

| | |
|---|---|
| **JAMES DURHAM, Woodruff** | |
| **County Deputy Sheriff and Jail Administrator** | |
| **And THOMAS KENDRICK, Game & Fish Officer** | |
| **And Firefighter** | **DEFENDANTS** |

## ORDER

Defendants' status report, *Doc. 77*, appreciated.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>7 July 2022</u>