IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY WEBB and CHRISTALYNN NEAL | PLAINTIFFS |
| v. No. 3:19-cv-357-DPM | |
| JAMES DURHAM, Deputy Sheriff and WOODRUFF COUNTY ARKANSAS | DEFENDANTS |
| JEFFERY WEBB, II | PLAINTIFF |
| v. No. 3:19-cv-358-DPM | |
| JAMES DURHAM, Woodruff County Deputy Sheriff and Jail Administrator and THOMAS KENDRICK, Game and Fish Officer and Firefighter | DEFENDANTS |

ORDER

Webb and Neal haven't responded to Defendants' motion for summary judgment, *Doc. 79*. If they do not respond by 12 September 2022, then the Court will rule on the current papers.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

29 August 2022