IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY WEBB and CHRISTALYNN NEAL | PLAINTIFFS |
| v.   No. 3:19-cv-357-DPM | |
| JAMES DURHAM, Deputy Sheriff and WOODRUFF COUNTY ARKANSAS | DEFENDANTS |
| JEFFERY WEBB, II | PLAINTIFF |
| v.   No. 3:19-cv-358-DPM | |
| JAMES DURHAM, Woodruff County Deputy Sheriff and Jail Administrator and THOMAS KENDRICK, Game and Fish Officer and Firefighter | DEFENDANTS |

ORDER

Counsel for Durham and Woodruff County has informally advised they do not object to Webb and Neal's motion, *Doc. 83*. It is therefore granted. Response due by 12 October 2022.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 September 2022