IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFERY WEBB, II                                                                   PLAINTIFF

v.                                No. 3:19-cv-358-DPM

JOE SLOCUM, III, Fire Chief,
Woodruff County Sheriff's Office;
DOYLE FOWLER, Mayor of McCrory,
Arkansas; JAMES DURHAM, Deputy
Sheriff and Jail Administrator, Woodruff
County Jail; THOMAS KENDRICK,
Game and Fish Officer and Fire Fighter;
and NICK WATSON                                                                DEFENDANTS

JUDGMENT

The amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2022